PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Raymond Shannon

Cr.: 06-231-01
PACTS Number: 45424

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr.

Date of Original Sentence: 05/23/07

Original Offense: Felon in Possession of a Firearm

Original Sentence: 33 months imprisonment followed by 2 years supervised release and $100 special assessment. Special condition: DNA collection

Type of Supervision: Supervised Release

Date Supervision Commenced: 12/24/09

## PETITIONING THE COURT

[ ] To extend the term of supervision for          Years, for a total term of          Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall submit to an evaluation and/or treatment in an approved program for anger management and/or domestic violence as directed by the U.S. Probation Office. The defendant shall remain in the treatment program until satisfactorily discharged by the program and with the approval of the U.S. Probation Office.

## CAUSE

The defendant's presentence report reveals several arrests for assaults and domestic violence incidents.

Respectfully submitted,

By Adriana Garcia
U.S. Probation Officer
Date: 03/01/10

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Honorable Joseph A. Greenaway, Jr.
U.S.C.J. (sitting by designation on the District Court)

3/22/10 Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall submit to an evaluation and/or treatment in an approved program for anger management and/or domestic violence as directed by the U.S. Probation Office. The defendant shall remain in the treatment program until satisfactorily discharged by the program and with the approval of the U.S. Probation Office.

Witness: _____
U.S. Probation Officer
Adriana Garcia

Signed: X _____
Supervised Releasee
Raymond Shannon

_____
2/24/2010
DATE