PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Raymond Shannon           **Docket Number:** 06-00231-001
                                                **PACTS Number:** 45424

**Name of Sentencing Judicial Officer:** Honorable Joseph A. Greenaway, Jr., United States District Judge

**Date of Original Sentence:** 05/18/2007

**Original Offense:** Felon in Possession of a Firearm

**Original Sentence:** 33 months imprisonment followed by 2 years supervised release and $100 special assessment. Special condition: DNA collection

**Type of Supervision:** Supervised Release           **Date Supervision Commenced:** 12/24/09

**Assistant U.S. Attorney:** Jenny R. Kramer, 970 Broad Street, 7th floor, Newark, New Jersey 07102
(973) 645-2700

**Defense Attorney:** Lisa Mack, 1002 Broad Street, Newark, New Jersey 07102
(973) 645-6347

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

See next page.

1.  The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

    On March 10, 2010, Shannon was arrested and charged by the Jersey City Police Department with the following offenses: 1) Possession of CDS with Intent to Distribute within 1,000 feet of School Property; 2) Possession of CDS with Intent to Distribute; 3) Resisting Arrest; and, 4) Aggravated Assault on Police Officer. According to the investigation report, on March 10, 2010, at approximately 7:50 PM, police officers were dispatched to the area of 16 Highland Avenue, an area known for high crime and drug transactions, on the report of a suspicious black sports utility vehicle parked in a lot for several hours. The vehicle was occupied by four black males, one of whom was Raymond Shannon. Upon their approach, officers detected a strong, distinct odor of an alcoholic beverage. All occupants were observed holding plastic disposable cups containing a tinted liquid. Shannon was identified as the driver and was asked to step out of the vehicle, at which time he was interviewed by the officers. Officers observed, in plain view, a small plastic bag containing suspected controlled dangerous substances (CDS), specifically heroin and marijuana, which was located on the floor board of the driver's seat. Once alerted of the findings, Shannon shoved the police officer, resisted arrest and disregarded the officers' orders to stop resisting. Shannon and another occupant, Tyquan Shannon, his brother, were subsequently arrested. A search incident to his arrest revealed Raymond Shannon possessed currency which was consistent with denominations used in CDS transactions. A background check on Raymond Shannon also revealed open warrants for failure to appear. The two remaining occupants, Omar Highsmith and Christopher S. Williams, were issued summonses for public consumption and were released at that time. Bail has been set at $20,000 and was satisfied on March 19, 2010. Shannon is scheduled to appear in Hudson County Superior Court for a Pre-Indictment Conference on April 14, 2010.

2.  The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

    On March 10, 2010, Shannon was arrested by officers of the Jersey City Police Department. At the time of his arrest, Shannon was accompanied by Omar Highsmith. Highsmith is a known convicted felony, having previously served a term of incarceration in the New Jersey State Prison system for conspiracy.

I declare under penalty of perjury that the foregoing is true and correct.

By: Adriana Garcia
U.S. Probation Officer
Date: 4/29/10

PROB 12C - Page 3
Raymond Shannon

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

May 4, 2010
_____
Date