PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Raymond Shannon                     **Docket Number:** 06-00231-001
                                                          **PACTS Number:** 45424

**Name of Sentencing Judicial Officer:** Honorable Joseph A. Greenaway, Jr.

**Name of Newly Assigned Judicial Officer:** Honorable Dickinson R. Debevoise

**Date of Original Sentence:** 05/18/2007

**Original Offense:** Felon in Possession of a Firearm

**Original Sentence:**  33 months imprisonment followed by 2 years supervised release and $100 special
assessment.  Special condition: DNA collection

**Type of Supervision:** Supervised Release              **Date Supervision Commenced:** 12/24/09

**Assistant U.S. Attorney:** Jenny Kramer, 970 Broad Street, Room 502 Newark, New Jersey 07102
(973) 645-2700

**Defense Attorney:** Lisa Mack, 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.'<br><br>On May 5, 2010, Shannon was arrested by the Pennsylvania State Police and charged with Distribution of a Controlled Dangerous Substance, specifically 21 "bricks" of heroin. |
| 2. | The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'<br><br>Shannon failed to report to the U.S. Probation Office on May 5, 2010, pursuant to the probation officer's directive. |

PROB 12C - Page 2
Raymond Shannon

3.          The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

Shannon was arrested on May 5, 2010 in Swift Water, Pennsylvania.  Shannon was not authorized by the probation officer to travel outside of the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Adriana Garcia
U.S. Probation Officer
Date:  5/5/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

May 5 2010
Date