PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Raymond Shannon  **Docket Number:** 06-00231-001
 **PACTS Number:** 45424

**Name of Sentencing Judicial Officer:** Honorable Joseph A. Greenaway, Jr.

**Name of Newly Assigned Judicial Officer:** Honorable Dickinson R. Debevoise

**Date of Original Sentence:** 05/18/2007

**Original Offense:** Felon in Possession of a Firearm

**Original Sentence:** 33 months imprisonment followed by 2 years supervised release and $100 special assessment. Special condition: DNA collection

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 12/24/09

**Assistant U.S. Attorney:** Jenny Kramer, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Lisa Mack, Assistant Federal Public Defender, 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On March 10, 2010, Shannon was arrested and charged by the Jersey City Police Department with the following offenses: 1) Possession of a Controlled Dangerous Substance (CDS) with Intent to Distribute within 1,000 feet of School Property; 2) Possession of CDS with Intent to Distribute; 3) Resisting Arrest; and, 4) Aggravated Assault on Police Officer. |
| | The aforementioned charges were dismissed against Raymond Shannon in Hudson County Superior Court on June 4, 2010, pursuant to Tyquan Shannon's (co-defendant) guilty plea to all the offenses charged. |
| 2. | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not** |

associate with any person convicted of a felony unless granted permission to do so by the probation officer.'

On March 10, 2010, Shannon was arrested by officers of the Jersey City Police Department. At the time of his arrest, Shannon was accompanied by Omar Highsmith. Highsmith is a known convicted felon, having previously served a term of incarceration in the New Jersey State Prison system for conspiracy.

3. The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On April 29, 2010, Shannon was arrested by Pennsylvania State Troopers and charged with the following offenses: 1) Conspiracy - Manufacture, Deliver, Possess, a Controlled Dangerous Substance (CDS) with Intent to Manufacture or Deliver; 2) Possession of CDS by Person not Registered; 3) Manufacture, Deliver, Possess with Intent to Manufacture or Deliver; 4) Criminal Use of a Communication Facility; and, 5) Manufacture, Deliver, Possess with Intent to Manufacture or Deliver CDS. A trial date in the Court of Common Pleas of Monroe County is scheduled for September 8, 2010.

4. The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

Shannon was arrested on May 5, 2010 in Swift Water, Pennsylvania. Shannon was not authorized by the probation officer to travel outside of the District of New Jersey.

5. The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Shannon was scheduled to report to the U.S. Probation Office on the morning of May 5, 2010. Shannon failed to report to the U.S. Probation Office on May 5, 2010, pursuant to the probation officer's directive, due to his arrest in Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct.

By: Adriana Garcia
U.S. Probation Officer
Date: 7/6/10

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

July 13, 2010
Date